## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

BETTY MARIE DRYE                                                                    PLAINTIFF

v.                                            No. 4:09CV00922 JLH

UNIVERSITY OF ARKANSAS FOR MEDICAL
SCIENCES, by and through the UNIVERSITY OF
ARKANSAS BOARD OF TRUSTEES;
PHILIP BARONI; and PAM WHITLOCK                                                     DEFENDANTS

## ORDER

The plaintiff Betty Marie Drye has filed a motion to correct a misnomer, seeking to make clear that defendants Philip Baroni and Pam Whitlock are sued in their official *and individual* capacities.  In the Court's January 4, 2011, Order dismissing in part Drye's ADEA and § 1983 claims, the Court dismissed any ADEA claims, to the extent that they were alleged, against Baroni and Whitlock in their individual capacities and presumed that any § 1983 claims against Baroni and Whitlock were brought against them in their official capacities only.

Upon reviewing Drye's amended complaint, the Court recognizes that the claims against Baroni and Whitlock were brought against them in both their individual and official capacities. Although the January 4 Order effectively dismissed Drye's ADEA claims brought against the defendants in their individual capacity, it has no effect on any of Drye's remaining claims against the defendants in their individual capacities.

The Clerk is directed to correct the style of the case to reflect that defendants Philip Baroni and Pam Whitlock are sued in their official and individual capacities.

IT IS SO ORDERED this 27th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE