**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BETTY MARIE DRYE                                                                           PLAINTIFF

v.                                          No. 4:09CV00922 JLH

UNIVERSITY OF ARKANSAS FOR MEDICAL
SCIENCES by and through the UNIVERSITY OF
ARKANSAS BOARD OF TRUSTEES;
PHILIP BARONI; and PAM WHITLOCK                                                DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Betty Marie Drye. The complaint of Betty Marie Drye is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE